**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00820-CV

**DERWIN PACE, Appellant**

**V.**

**BANK OF AMERICA, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-003158-B**

## ORDER

By letter dated August 24, 2012, we notified the court reporter for County Court at Law No. 2 that the reporter's record in this case was overdue. We directed that the record be filed within thirty days. To date, we have received no response. Accordingly, we **ORDER** court reporter Lanetta Williams to file, within **THIRTY DAYS** of the date of this order, either the reporter's record or written verification that no hearings were recorded.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE